AO 442 (Rev. 11/11) Arrest Warrant

#4625843

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Curtis Pulaski<br><br>*Defendant* | Case: 1:23-mj-00361<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 12/20/2023<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Curtis Pulaski ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/20/2023                                                    Zia M. Faruqui
                                                         *Issuing officer's signature*

City and state:  Washington, D.C.                        Zia M. Faruqui, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/20/2023, and the person was arrested on *(date)* 12/21/2023
at *(city and state)* Grand Rapids, Michigan.

Date: 12/21/2023
                                                         *Arresting officer's signature*

                                           SPECIAL AGENT ROBERT BILLINGTON
                                                          *Printed name and title*